# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EVELYN MARTINEZ,**

    **Plaintiff,**

**-vs-**               **Case No. 6:05-cv-1165-Orl-18DAB**

**FLORIDA ASSOCIATION OF COUNTIES**
**TRUST RISK SERVICES**
**CORPORATION,**

    **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2)**
>
> **FILED:**   August 5, 2005
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

   Plaintiff's application shows that she has substantial assets and income; although Plaintiff makes reference to some living expenses, she has not shown that she is unable to pay filing and service fees. Therefore, she does not qualify financially to proceed *in forma pauperis*.

   Moreover, in order to proceed this way, Plaintiff must allege a non frivolous cause of action within the limited jurisdiction of the federal courts. Plaintiff's complaint fails to set forth any federal

claim against the named Defendant. Even if Plaintiff qualified financially, she could not proceed on this complaint.

It is recommended that Plaintiff's application be **denied** and that the action be **dismissed** if Plaintiff fails to pay the required filing fee within 11 days from the date of any Order adopting or affirming this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 10, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy