UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN MARTINEZ,

        Plaintiff,

-vs-                                              Case No. 6:05-cv-1165-Orl-18DAB

FLORIDA ASSOCIATION OF COUNTIES
TRUST RISK SERVICES
CORPORATION,

        Defendant.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2) |
| FILED: | August 5, 2005 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

Plaintiff's application shows that she has substantial assets and income: although Plaintiff makes reference to some living expenses, she has not shown that she is unable to pay filing and service fees. Therefore, she does not qualify financially to proceed *in forma pauperis*.

Moreover, in order to proceed this way, Plaintiff must allege a non frivolous cause of action within the limited jurisdiction of the federal courts. Plaintiff's complaint fails to set forth any federal