# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EVELYN MARTINEZ,

                             **Plaintiff,**

-vs-                                   **Case No.  6:05-cv-1165-Orl-18DAB**

FLORIDA ASSOCIATION OF COUNTIES
TRUST RISK SERVICES
CORPORATION,

                             **Defendant.**

_____

## ORDER AND REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR CHANGE OF VENUE (Doc. No. 8)** |
| **FILED:** | **August 25, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.  No sufficient grounds are stated in support of the Motion.

| | |
|---|---|
| **MOTION:** | **AMENDED APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 9)** |
| **FILED:** | **August 25, 2005** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.  Plaintiff's complaint continues to fail to set forth any claim (federal or otherwise) against the named Defendant. *See* Doc. No. 5.

It is recommended that Plaintiff's Amended Application be **denied** and that the action be **dismissed** if Plaintiff fails to pay the required filing fee within 11 days from the date of any Order adopting or affirming this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties