**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1165-Orl-18DAB**

**FLORIDA ASSOCIATION OF COUNTIES**
**TRUST RISK SERVICES**
**CORPORATION,**

                **Defendant.**
_____

**REPORT AND RECOMMENDATION AND ORDER**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 14)** |
| **FILED:** | **August 31, 2005** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR RECUSAL OF MAGISTRATE JUDGE (Doc. No. 16)** |
| **FILED:** | **September 1, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff's case presents no claim within the Court's jurisdiction. Indeed, she has stated no claim at all against the named defendant. Moreover, Plaintiff's Notice of Appeal is premature because no final judgment has been entered. Her motion for recusal sets forth ne adequate ground for seeking recusal.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 12, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Plaintiff Evelyn Martinez
Courtroom Deputy