**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

           **Plaintiff,**

**-vs-**                                     **Case No.  6:05-cv-1165-Orl-18DAB**

**FLORIDA ASSOCIATION OF COUNTIES**
**TRUST RISK SERVICES**
**CORPORATION,**

           **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 14)** |
| **FILED:** | **October 25, 2005** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

      As the Court has stated before, Plaintiff's case presents no claim within the Court's

jurisdiction. *See* Doc. No. 18.  Indeed, she has stated no claim at all against the named defendant.

      Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking

the factual findings on appeal.

Recommended in Orlando, Florida on October 31, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Plaintiff Evelyn Martinez
Courtroom Deputy