UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN MARTINEZ,

    Plaintiff,

-vs-      Case No. 6:05-cv-1165-Orl-18DAB

FLORIDA ASSOCIATION OF COUNTIES
TRUST RISK SERVICES
CORPORATION,

    Defendant.

___

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| MOTION: | MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 14) |
| FILED: | October 25, 2005 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

As the Court has stated before, Plaintiff's case presents no claim within the Court's jurisdiction. *See* Doc. No. 18. Indeed, she has stated no claim at all against the named defendant.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.